UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO BERRY NSALAMBI,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | No. 1:26-cv-13183-PBS |

**RESPONSE TO HABEAS PETITION (Doc. No. 1)**

Petitioner Pedro Berry Nsalambi filed a Petition for a Writ of Habeas Corpus challenging his immigration detention and seeking immediate release or a bond hearing. *See generally* Doc. No. 1. Respondents' position is that Petitioner is detained under 8 U.S.C. § 1226(a) because he overstayed a visa. *See* 8 U.S.C. § 1227(a)(1)(B). And U.S. Immigration and Customs Enforcement ("ICE") informs undersigned counsel that Petitioner received a bond hearing on July 14, 2026, at which an immigration judge granted bond in the amount of $5,000. ICE further informs undersigned counsel that Petitioner's bond has not yet posted and thus he remains in detention.

Since Petitioner has received a bond hearing, Respondents respectfully request that the Court dismiss this case as moot. *See Cruz v. Farquharson*, 252 F.3d 530, 533 (1st Cir. 2001) ("When a case is moot—that is, when the issues presented are no longer live or when the parties lack a legally cognizable interest in the outcome—a case or controversy ceases to exist, and dismissal of the action is compulsory.").

Dated: July 16, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Julian N. Canzoneri
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 16, 2026.

/s/ Julian N. Canzoneri
Julian N. Canzoneri
Assistant U.S. Attorney