## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NSALAMBI, Pedro Berry, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) |
| | ) |
| Antone Moniz, Superintendent of Plymouth | ) |
| County Correctional Facility; | ) |
| David Wesling, Boston Field Office Director, | ) |
| U.S. Immigration and Customs Enforcement; | )    Civil Action No. 26-cv-13183-PBS |
| David Venturella, Acting Director of U.S. | ) |
| Immigration and Customs Enforcement | ) |
| Markwayne Mullin, Secretary of the U.S. | ) |
| Department of Homeland Security; | ) |
| Daren Margolin, Director, Executive Office for | ) |
| Immigration Review, U.S. Department of Justice; | ) |
| and | ) |
| Todd Blanche; Acting Attorney General of the | ) |
| United States. | ) |
| | ) |
| Respondents. | ) |
| | ) |

## PETITIONER'S RESPONSE TO RESPONDENTS' STATUS REPORT AND REQUEST

## FOR ENTRY OF JUDGMENT

Petitioner respectfully submits this response to Respondents' Status Report (Doc. No.

13). Respondents released Mr. Nsalambi from custody at 4:27 pm on July 16, 2026, thirty-three

minutes before the deadline set in this Court's Order of the same day (Doc. No. 12), and more

than a full day after his bond was posted. Because Mr. Nsalambi obtained his release through this

Court's order, and not through any voluntary act of Respondents, the appropriate disposition of

this case is entry of judgment granting the Petition, not dismissal for mootness. Petitioner also

respectfully requests that the Court retain jurisdiction for the limited purposes set forth below.

## BACKGROUND

7/20/26

This case is
dismissed on me
ground Petitioner was
released pursuant to
This court's order.
Patti B. Saris

1